**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Roper,* Slip Opinion No. 2015-Ohio-3379.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2015-OHIO-3379

THE STATE OF OHIO, APPELLEE, *v.* ROPER, APPELLANT.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Roper,* Slip Opinion No. 2015-Ohio-3379.]**

*Judgment reversed and trial court order vacated on authority of* State v. Anderson.

(No. 2014-2204—Submitted August 11, 2015—Decided August 25, 2015.)

CERTIFIED by the Court of Appeals for Summit County, No. 27025, 2014-Ohio-4786.

_____

{¶ 1} The judgment of the court of appeals is reversed and the trial court's order is vacated on the authority of *State v. Anderson*, Slip Opinion No. 2015-Ohio-2089.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

_____

Sherri Bevan Walsh, Summit County Prosecuting Attorney, and Heaven DiMartino, Assistant Prosecuting Attorney, for appellee.

The Law Office of Donald Gallick, L.L.C., and Donald Gallick, for appellant.

_____